# UNITED STATES DISTRICT COURT

for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK H. TIDMAN** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:22-cv-05441-RMB-AMD |
| **EMINENCE HARDSCAPES & POOL DESIGNS LLC, ET AL.** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Dana Judge, being duly sworn, state:

I, Dana Judge, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on Kimberly Monaco in Gloucester County, NJ on September 16, 2022 at 7:25 am at 42 East Holly Avenue, Sewell, NJ 08080 by leaving the following documents at the usual place of abode of Kimberly Monaco with Anthony Monaco who is a competent member of the household whose age is 14 years or older.

Summons in a Civil Case, Complaint with Exhibits, Civil Cover Sheet, Cover Letter to Clerk's Office, and Copy of Mailing Label to Clerk's Office

Additional Description:
I successfully served Kimberly Monaco's son, Anthony Monaco, with the documents.

White Male, est. age 25, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Burlington County   ,
  NJ   on   9/16/2022  .

/s/ *Dana Judge*
Signature
Dana Judge
(856) 230-0261

Job #171632                         009970.003946                         Page 1

# Exhibit 1



Exhibit 1a)