UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mark H. Tidman<br><br>                    Plaintiff,<br><br>      v.<br><br>Eminence Hardscapes LLC, et al.<br><br>                    Defendants. | CIVIL ACTION NO.: 1:22-CV-05441 (RMB-AMD) |

## NOTICE OF SETTLEMENT AND STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff Mark Tidman ("Tidman") and Defendant Kimberly Monaco ("Monaco") hereby advise the Court that they have reached settlement of the case as to Monaco. This settlement does not relate to the other defendants herein nor the pending motion for default judgment involving those other defendants.

Under the circumstances, Tidman and Monaco, through undersigned counsel, hereby stipulate to dismissal of the present suit against Monaco with prejudice.

s/Richard P. Coe, Jr.
Richard P. Coe, Jr.
**WEIR GREENBLATT PIERCE LLP**
**A Pennsylvania Limited Liability Partnership**
35 Kings Highway East
Haddonfield, NJ 08033
Phone: (856) 740-1490
Fax: (856) 740-1491
Email: rcoe@wgpllp.com
Website:  www.wgpllp.com
***Attorney for Defendant Kimberly Monaco***

s/Mark Tidman
Mark Tidman
1226 Washington Drive
Annapolis, MD 21403
202-255-2061
mtidman@bakerlaw.com

Attorney pro se

Dated:  December 23, 2022